No. 81–5150.   GREEN *v.* WARDEN, FEDERAL CORRECTIONAL INSTITUTION, TALLEDAGA, ALABAMA, ET AL., *ante,* p. 818;

No. 81–5293.   GREEN *v.* PERRIN, WARDEN, NEW HAMPSHIRE PRISON, ET AL., *ante,* p. 876;

No. 81–5294.   GREEN *v.* WARDEN, U. S. PENITENTIARY, LEAVENWORTH, KANSAS, ET AL., *ante,* p. 877;

No. 81–5161.   CAULTON *v.* HOSPITAL OF THE GOOD SAMARITAN, *ante,* p. 873; and

No. 81–5176.   QUARTERMAN *v.* QUARTERMAN ET AL., *ante,* p. 874.   Petitions for rehearing denied.   JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.

No. 80–2119.   CRONEN *v.* CITY OF GALENA PARK, TEXAS, *ante,* p. 833.   Motion of petitioner to proceed further herein *in forma pauperis* granted.   Petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition.

DECEMBER 4, 1981

No. 80–6835.   STREET *v.* NATIONAL BROADCASTING CO. C. A. 6th Cir.   [Certiorari granted, *ante,* p. 815.]   Stipulation to dismiss the writ of certiorari was filed, and the case was dismissed pursuant to this Court's Rule 53.